Ruth Pepper, Appellee, v. Faith Armstrong et al. Faith Armstrong, Appellant.

Gen. No. 9,754.

Heard in this court at February term, 1942; opinion filed April 8, 1942. Charles H. Davis, for appellant; Miller & Thomas and Francis E. Hickey, for appellee; L. C. Miller, of counsel. Opinion by JUSTICE WOLFE. "Not to be published in full."